**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

JAMES CARLO QUISENBERRY,                Civil Action No. 2:20-cv-01824

             Plaintiff,                     Judge J. Nicholas Ranjan

   v.

JON T. RIDGE,
Washington County Chief Adult
Probation and Parole Officer, and
WASHINGTON COUNTY,

             Defendants.

## <u>ORDER OF COURT</u>

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion to Dismiss of the Defendants, Jon T. Ridge and Washington County, it is hereby **ORDERED, ADJUDGED and DECREED** that said Motion is **GRANTED**. The Plaintiff's Complaint and all claims set forth therein as against the Defendants, Jon T. Ridge and Washington County, shall be and hereby are dismissed in their entirety and with prejudice.

BY THE COURT:

_____J.

11