# COURT OF COMMON PLEAS OF WASHINGTON COUNTY
## DOCKET



**Docket Number: CP-63-CR-0001178-2019**
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
James Carlo Quisenberry

Page 1 of 11

## CASE INFORMATION

| | |
|---|---|
| Judge Assigned: Solomon, Gerald R. | Date Filed: 06/04/2019    Initiation Date: 03/18/2019 |
| OTN: U 689174-3    LOTN: | Originating Docket No: MJ-27301-CR-0000050-2019 |
| Initial Issuing Authority: Jesse Pettit | Final Issuing Authority: Jesse Pettit |
| Arresting Agency: Cecil Twp Police Dept | Arresting Officer: Marcucci, Mark P. |
| Complaint/Incident #: 190778 | |
| Case Local Number Type(s) | Case Local Number(s) |

## STATUS INFORMATION

| Case Status: | Active | Status Date | Processing Status | Complaint Date: | 03/18/2019 |
|---|---|---|---|---|---|
| | | 07/10/2019 | Awaiting Formal Arraignment | | |
| | | 07/03/2019 | Awaiting Trial | | |
| | | 06/04/2019 | Awaiting Formal Arraignment | | |
| | | 06/04/2019 | Awaiting Filing of Information | | |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Revocation Hearing | 06/10/2019 | 3:00 pm | Courtroom 7 | Senior Judge Gerald R. Solomon | Scheduled |
| Formal Arraignment | 06/27/2019 | 9:30 am | Jury Lounge | | Cancelled |
| Pre-Trial Motion Hearing | 09/27/2019 | 1:00 pm | Courtroom 6 | Senior Judge Gerald R. Solomon | Scheduled |
| Jury Selection | 04/20/2020 | 8:30 am | Courtroom 1 | Senior Judge Gerald R. Solomon | Cancelled |
| Miscellaneous | 08/24/2020 | 9:00 am | Courtroom 7 | Senior Judge Gerald R. Solomon | Scheduled |
| Revocation Hearing | 10/23/2020 | 3:00 pm | | Senior Judge Gerald R. Solomon | Scheduled |
| Pre-Trial Conference | 10/23/2020 | 3:00 pm | | Senior Judge Gerald R. Solomon | Scheduled |
| Jury Selection | 10/27/2020 | 9:00 am | | Senior Judge Gerald R. Solomon | Cancelled |

## DEFENDANT INFORMATION

| | |
|---|---|
| Date Of Birth: | City/State/Zip: McMurray, PA 15317 |

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Quisenberry, James Carlo |

CPCMS 9082    Printed: 12/01/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or data, errors or omissions on these reports. Docket Sheet Information should not be used in place of a criminal history background check only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



EXHIBIT A

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



Docket Number: CP-63-CR-0001178-2019

# CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
James Carlo Quisenberry

Page 2 of 11

## BAIL INFORMATION

**Quisenberry, James Carlo**   Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 05/17/2019 | Unsecured | | $5,000.00 | | |
| Change Bail Type | 08/05/2019 | Monetary | | $25,000.00 | Posted | 08/06/2019 |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | M3 | 18 § 2709 §§ A5 | Harassment - Comm. Repeatedly in Anonymous Manner | 08/22/2018 | U 689174-3 |
| 2 | 2 | M1 | 18 § 2706 §§ A1 | Terroristic Threats W/ Int To Terrorize Another | 08/22/2018 | U 689174-3 |
| 3 | 3 | M1 | 18 § 2709.1 §§ A2 | Stalking - Repeatedly Comm. To Cause Fear | 08/22/2018 | U 689174-3 |
| 4 | 4 | M3 | 18 § 2709 §§ A4 | Harassment - Comm. Lewd, Threatening, Etc. Language | 08/22/2018 | U 689174-3 |

## DISPOSITION SENTENCING/PENALTIES

**Disposition**
Case Event
   Sequence/Description
      Sentencing Judge
         Sentence/Diversion Program Type
            Sentence Conditions

Disposition Date
   Offense Disposition
      Sentence Date
         Incarceration/Diversionary Period

Final Disposition
   Grade   Section
      Credit For Time Served
         Start Date

**Held for Court (Lower Court)**   Defendant Was Present

Lower Court Disposition   05/30/2019   Not Final

| | Offense Disposition | Grade | Section |
|---|---|---|---|
| 1 / Harassment - Comm. Repeatedly In Anonymous Manner | Held for Court (Lower Court) | M3 | 18 § 2709 §§ A5 |
| 2 / Terroristic Threats W/ Int To Terrorize Another | Held for Court (Lower Court) | M1 | 18 § 2706 §§ A1 |
| 3 / Stalking - Repeatedly Comm. To Cause Fear | Held for Court (Lower Court) | M1 | 18 § 2709.1 §§ A2 |
| 4 / Harassment - Comm. Lewd, Threatening, Etc. Language | Held for Court (Lower Court) | M3 | 18 § 2709 §§ A4 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



Docket Number: CP-63-CR-0001178-2019

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
James Carlo Quisenberry

Page 3 of 11

### COMMONWEALTH INFORMATION | ATTORNEY INFORMATION

**Name:** Evan Anthony Lowry II
Attorney General
**Supreme Court No:** 306911
**Phone Number(s):**
412-339-2130  (Phone)
**Address:**
Ofc of Attorney General
1251 Waterfront Pl
Pittsburgh, PA 15222

**Name:** Shane Michael Gannon
Private
**Supreme Court No:** 314803
**Rep. Status:** Active
**Phone Number(s):**
724-626-8882  (Phone)
**Address:**
Watson Mundorff & Sepic Llp
720 Vanderbilt Rd
Connellsville, PA 15425

Representing: Quisenberry, James Carlo

**Name:** Washington County District Attorney's Office
District Attorney
**Supreme Court No:**
**Phone Number(s):**
724-228-6790  (Phone)
**Address:**
1 South Main Street
Suite 1003
Washington, PA 15301

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/17/2019 | | Pettit, Jesse |
| Bail Set - Quisenberry, James Carlo | | | |
| 1 | 06/04/2019 | | Court of Common Pleas - Washington County |
| Original Papers Received from Lower Court | | | |
| 3 | 06/04/2019 | | Lowry, Evan Anthony II |
| Commonwealth's Motion to Revoke Bond | | | |
| 1 | 06/05/2019 | | Court of Common Pleas - Washington County |
| Assigned to Judge: Solomon, Gerald R. | | | |
| 3 | 06/05/2019 | | Court of Common Pleas - Washington County |
| Hearing Notice | | | |
| 1 | 06/06/2019 | | DiSalle, John F. |
| Order of Bond Proceeding | | | |

CPCMS 9082

Printed: 12/01/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



Docket Number: CP-63-CR-0001178-2019

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
James Carlo Quisenberry

Page 4 of 11

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 06/11/2019 | 06/10/2019 | Solomon, Gerald R. |
| Order Granting Motion to Revoke Bail | | | |
| 2 | 06/20/2019 | | Solomon, Gerald R. |
| Transcript of Proceedings for Hearing Held on June 10, 2019 | | | |
| 1 | 06/24/2019 | | Solomon, Gerald R. |
| Order Rescheduling Hearing | | | |
| 1 | 07/03/2019 | | Lowry, Evan Anthony II |
| Arraigned | | | |
| 1 | 07/10/2019 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 2 | 07/10/2019 | | Gannon, Shane Michael |
| Entry of Appearance | | | |
| 3 | 07/10/2019 | | Gannon, Shane Michael |
| Motion for Reinstatement of Bond | | | |
| 1 | 07/12/2019 | | Gannon, Shane Michael |
| Motion for Discovery | | | |
| 2 | 07/12/2019 | | Emery, Katherine B. |
| Order Scheduiding Motion for Reinstatement of Bond Scheduled For Aug. 1, 2109 at 2:00 PM | | | |
| 1 | 07/23/2019 | | Gannon, Shane Michael |
| Request for Transcripts | | | |
| 1 | 08/05/2019 | | Solomon, Gerald R. |
| Bail Type Changed - Quisenberry, James Carlo | | | |
| 2 | 08/05/2019 | | Solomon, Gerald R. |
| Order Granting Motion to Re-Instate Bail | | | |
| 1 | 08/06/2019 | | Goldfarb, Phillis |
| Bail Posted - Quisenberry, James Carlo | | | |

CPCMS 9082

Printed: 12/01/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



Docket Number: CP-63-CR-0001178-2019

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
James Carlo Quisenberry

Page 5 of 11

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 08/06/2019 | | Solomon, Gerald R. |
| Amended Order Concerning Reinstatement of Bail | | | |
| 1 | 08/07/2019 | | Scandale, Frank |
| Mail return from the Correctional facility, Mail was sent to address on file. | | | |
| 1 | 08/12/2019 | | Gannon, Shane Michael |
| Omnibus Pre-Trial Motion | | | |
| 1 | 08/15/2019 | | Lowry, Evan Anthony II |
| Commonwealth's Motion to Revoke Bond (Unsigned) | | | |
| 2 | 08/15/2019 | | Solomon, Gerald R. |
| Order Scheduling Evidentiary Hearing Concerning Omnibus Pre-Trial Motion 9/27/2019 | | | |
| 1 | 08/16/2019 | | Gannon, Shane Michael |
| Emergency Omnibus Pretrial Motion | | | |
| 1 | 08/19/2019 | | Solomon, Gerald R. |
| Order Revoking Bond | | | |
| 1 | 08/21/2019 | | Gannon, Shane Michael |
| Motion for reinstatement of bond | | | |
| 2 | 08/21/2019 | | Solomon, Gerald R. |
| Order Hearing Scheduled to Reinstatment of Bond | | | |
| 1 | 08/28/2019 | | Commonwealth of Pennsylvania |
| Request for Transcript | | | |
| 2 | 08/28/2019 | | Solomon, Gerald R. |
| Transcript of Proceedings Filed | | | |
| 1 | 08/30/2019 | | Solomon, Gerald R. |
| Order | | | |
| 2 | 08/30/2019 | 08/30/2019 | Solomon, Gerald R. |
| Order Lifting APO Bench Warrant | | | |

CPCMS 9082

Printed: 12/01/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet Information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



Docket Number: CP-63-CR-0001178-2019
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
James Carlo Quisenberry

Page 6 of 11

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 09/04/2019 | | Scandale, Frank |
| Mail return form the Correctional facility, Mail was forward to home address. | | | |
| 1 | 09/24/2019 | | Gannon, Shane Michael |
| Motion for Modification of Bail | | | |
| 2 | 09/24/2019 | | Gannon, Shane Michael |
| Supplemental Omnibus Pretrial Motion | | | |
| 1 | 10/28/2019 | | Lowry, Evan Anthony II |
| Commonwealth's Memorandum of Law In Response to Molton for Change of Venue | | | |
| 1 | 11/13/2019 | | Gannon, Shane Michael |
| Motion for Modification of Bail | | | |
| 1 | 11/14/2019 | | Solomon, Gerald R. |
| Statement of the Case | | | |
| 2 | 11/14/2019 | | Solomon, Gerald R. |
| Order denying motion to modify bond | | | |
| 3 | 11/14/2019 | | Solomon, Gerald R. |
| Order denying motion for change to venue | | | |
| 4 | 11/14/2019 | | Solomon, Gerald R. |
| Statement of the Case | | | |
| 1 | 12/06/2019 | | Solomon, Gerald R. |
| Order | | | |
| 1 | 12/12/2019 | | Solomon, Gerald R. |
| Order | | | |
| 1 | 12/16/2019 | | Solomon, Gerald R. |
| Request for Jury Trial | | | |
| 1 | 12/19/2019 | | Solomon, Gerald R. |
| Case Management Order | | | |

CPCMS 9082

Printed: 12/01/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET

Docket Number: CP-63-CR-0001178-2019

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
James Carlo Quisenberry

Page 7 of 11

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 1 | 03/31/2020 | | Solomon, Gerald R. |
| Order Granting Motion to Continue Jury Selection/Trial | | | |
| Gannon, Shane Michael | | | |
| 04/02/2020 | First Class | | |
| Lowry, Evan Anthony II | | | |
| 04/02/2020 | First Class | | |
| Quisenberry, James Carlo | | | |
| 04/02/2020 | First Class | | |
| Gannon, Shane Michael | | | |
| 04/03/2020 | eService | | Served |
| 1 | 06/25/2020 | | Solomon, Gerald R. |
| Order Scheduling Hearing and Motion for Modification of Bond | | | |
| Gannon, Shane Michael | | | |
| 06/25/2020 | | | |
| Gannon, Shane Michael | | | |
| 06/25/2020 | eService | | Served |
| Lowry, Evan Anthony II | | | |
| 06/25/2020 | | | |
| 2 | 06/25/2020 | | Solomon, Gerald R. |
| Case Management Order | | | |
| Gannon, Shane Michael | | | |
| 06/25/2020 | | | |
| Gannon, Shane Michael | | | |
| 06/25/2020 | eService | | Served |
| Lowry, Evan Anthony II | | | |
| 06/25/2020 | | | |
| 1 | 08/24/2020 | | Solomon, Gerald R. |
| Order Granting Motion for Modification of Bail | | | |
| Gannon, Shane Michael | | | |
| 08/24/2020 | | | |
| Lowry, Evan Anthony II | | | |
| 08/24/2020 | | | |
| Quisenberry, James Carlo | | | |
| 08/24/2020 | | | |

CPCMS 9082

Printed: 12/01/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



Docket Number: CP-63-CR-0001178-2019

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
James Carlo Quisenberry

Page 8 of 11

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Gannon, Shane Michael | | | |
| 08/25/2020 | eService | | Served |
| Lowry, Evan Anthony II | | | |
| 08/25/2020 | eService | | Served |
| 1 | 09/01/2020 | | Lowry, Evan Anthony II |
| Motion to Revoke Bail | | | |
| Gannon, Shane Michael | | | |
| 09/01/2020 | eNotice | | Notified |
| 1 | 09/04/2020 | | Lowry, Evan Anthony II |
| Motion to Revoke Bail | | | |
| Gannon, Shane Michael | | | |
| 09/04/2020 | eService | | Served |
| 1 | 09/08/2020 | | Lowry, Evan Anthony II |
| Motion to Revoke Bail | | | |
| Gannon, Shane Michael | | | |
| 09/08/2020 | | | |
| Lowry, Evan Anthony II | | | |
| 09/08/2020 | | | |
| Gannon, Shane Michael | | | |
| 09/09/2020 | eService | | Served |
| 2 | 09/09/2020 | | Solomon, Gerald R. |
| Order Scheduling Hearing | | | |
| Costanzo, Valarie S. | | | |
| 09/09/2020 | | | |
| Gannon, Shane Michael | | | |
| 09/09/2020 | | | |
| Lowry, Evan Anthony II | | | |
| 09/09/2020 | | | |
| Quisenberry, James Carlo | | | |
| 09/09/2020 | | | |
| Washington County Adult Probation | | | |
| 09/09/2020 | | | |
| Gannon, Shane Michael | | | |

CPCMS 9082

Printed: 12/01/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



Docket Number: CP-63-CR-0001178-2019

## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
James Carlo Quisenberry

Page 9 of 11

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| | 09/11/2020 | eService | Served |
| Lowry, Evan Anthony II | | | |
| | 09/11/2020 | eService | Served |
| 1 | 09/23/2020 | | Court of Common Pleas - Washington County |
| Bail Refund | | | |
| Gannon, Shane Michael | | | |
| | 09/23/2020 | eService | Served |
| Lowry, Evan Anthony II | | | |
| | 09/23/2020 | eService | Served |
| 1 | 09/24/2020 | | Lowry, Evan Anthony II |
| Commonwealth Motion for Protective Order | | | |
| Gannon, Shane Michael | | | |
| | 09/24/2020 | eNotice | Notified |
| 2 | 09/24/2020 | | Gannon, Shane Michael |
| Motion for Continuance | | | |
| Lowry, Evan Anthony II | | | |
| | 09/25/2020 | eNotice | Notified |
| 1 | 09/28/2020 | | Lowry, Evan Anthony II |
| Commonwealth's Motion for Protective Order/Unsigned | | | |
| Gannon, Shane Michael | | | |
| | 10/01/2020 | eService | Served |
| 2 | 09/30/2020 | | Solomon, Gerald R. |
| Order Granting Motion for Continuance | | | |
| Gannon, Shane Michael | | | |
| 09/30/2020 | | | |
| Lowry, Evan Anthony II | | | |
| 09/30/2020 | | | |
| Quisenberry, James Carlo | | | |
| 09/30/2020 | | | |
| Gannon, Shane Michael | | | |
| 10/02/2020 | eService | | Served |
| Lowry, Evan Anthony II | | | |

CPCMS 0082

Printed: 12/01/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY
## DOCKET



**Docket Number: CP-63-CR-0001178-2019**
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
James Carlo Quisenberry

Page 10 of 11

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 10/02/2020 | eService | | Served |

| | 10/07/2020 | | Gannon, Shane Michael |
|---|---|---|---|
| Motion for Continuance | | | |
| Lowry, Evan Anthony II | | | |
| 10/07/2020 | eNotice | | Notified |

| 2 | 10/07/2020 | | Quisenberry, James Carlo |
|---|---|---|---|
| Subpoena request | | | |
| Gannon, Shane Michael | | | |
| 10/07/2020 | eService | | Served |
| Lowry, Evan Anthony II | | | |
| 10/07/2020 | eService | | Served |

| 1 | 10/13/2020 | | Davis, Brenda |
|---|---|---|---|
| Request for Transcript | | | |
| Gannon, Shane Michael | | | |
| 10/13/2020 | eService | | Served |
| Lowry, Evan Anthony II | | | |
| 10/13/2020 | eService | | Served |

| 2 | 10/13/2020 | | Commonwealth Court of Pennsylvania |
|---|---|---|---|
| 13 Subpoena filed by AG office | | | |
| Gannon, Shane Michael | | | |
| 10/13/2020 | eService | | Served |
| Lowry, Evan Anthony II | | | |
| 10/13/2020 | eService | | Served |

| 1 | 10/15/2020 | | Gannon, Shane Michael |
|---|---|---|---|
| Motion for Continuance and Waiver of Pa.R. Crim.P. 600/1013 | | | |
| Lowry, Evan Anthony II | | | |
| 10/15/2020 | eNotice | | Notified |

| 1 | 10/20/2020 | | Solomon, Gerald R. |
|---|---|---|---|
| Transcript of Proceedings Filed | | | |
| Gannon, Shane Michael | | | |

CPCMS 9082

Printed: 12/01/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY
## DOCKET



Docket Number: CP-63-CR-0001178-2019
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
James Carlo Quisenberry

Page 11 of 11

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By | |
|---|---|---|---|---|
| Service To | | Service By | | |
| Issue Date | Service Type | Status Date | Service Status | |
| | 10/20/2020 | | eService | Served |
| Lowry, Evan Anthony II | | | | |
| | 10/20/2020 | | eService | Served |

| | | | | |
|---|---|---|---|---|
| 2 | | 10/20/2020 | | Solomon, Gerald R. |

Order Granting Motion for Continuance and Senior Judge's Recusal due to Impending Retirement

Gannon, Shane Michael
10/20/2020

Gannon, Shane Michael
10/20/2020           eService                                Served

Lowry, Evan Anthony II
10/20/2020

Lowry, Evan Anthony II
10/20/2020           eService                                Served

Quisenberry, James Carlo
10/20/2020

### CASE FINANCIAL INFORMATION

Last Payment Date: 10/07/2020                                Total of Last Payment: -$6.00

| Quisenberry, James Carlo<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Transcript Fee (Washington) | $50.00 | ($25.50) | ($24.50) | $0.00 | $0.00 |
| Bail Processing Fee (Washington) | $20.00 | ($20.00) | $0.00 | $0.00 | $0.00 |
| Pre-Trial EHM (Washington) | $260.00 | ($260.00) | $0.00 | $0.00 | $0.00 |
| Pre-Trial EHM (Washington) | $960.00 | ($960.00) | $0.00 | $0.00 | $0.00 |
| Subpoena (Washington) | $6.00 | ($6.00) | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $1,296.00 | ($1,271.50) | ($24.50) | $0.00 | $0.00 |
| Grand Totals: | $1,296.00 | ($1,271.50) | ($24.50) | $0.00 | $0.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.