SN

Copies:   AG-Lowry   Gannon   APO   WCCF   File

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA ) | |
| ) | |
| vs.   ) | No. CR-1178-2019 |
| ) | |
| JAMES QUISENBERRY,   ) | |
| ) | |
| DEFENDANT   ) | |
| ) | |

EMERGENCY MOTION TO
REINSTATE BOND
IN THE ABOVE-ENTITLED CAUSE
BEFORE THE HONORABLE
GERALD R. SOLOMON,
SENIOR JUDGE,
HELD ON AUGUST 15, 2019,
IN COURTROOM NO. 2

APPEARANCES:

Evan Lowry, Esquire
Attorney General
Representing the Commonwealth

Shane Gannon, Esquire
Representing the Defendant

FILED 2019 AUG 15 PM 4:03 CLERK OF COURTS WASHINGTON CO PA

### ORDER OF COURT

**AND NOW**, this 15th day of August, 2019, after hearing, it is the finding and determination of this Court that the Defendant has violated the terms and conditions of his bond.

Therefore, it is hereby ordered and decreed that the Defendant's bond is revoked, and that he is committed forthwith to the Washington County Correctional Facility until further order of court.

BY THE COURT:

/s/ Gerald R. Solomon, S.J.
GERALD R. SOLOMON,
SENIOR JUDGE


EXHIBIT C